**94–1467.** State v. Anderson. *Cuyahoga County*, Nos. 65378 and 65379. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–1821.** State v. Witt. *Cuyahoga County*, No. 61173. On motion for leave to file delayed appeal. Motion denied.

WRIGHT, J., dissents.

**94–1825.** State v. Myles. *Hamilton County*, No. C–930621. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

*Sua sponte*, the discretionary appeal is denied.

**94–1847.** State v. Rogers. *Adams County*, No. 93CA548. On motion for leave to file delayed appeal. Motion denied.

**94–1869.** Am. Cyanamid Co. v. Tracy. Board of Tax Appeals, No. 92–G–1380. On motion for admission *pro hac vice* by Kevin H. Giordano, Esq. Motion granted.

**94–1873.** State v. Reliford. *Hamilton County*, Nos. C–920857 and C–920858. On motion for leave to file delayed appeal. Motion denied.

**94–1889.** State v. Garrod. *Auglaize County*, No. 2–93–23. On motion for leave to file delayed appeal. Motion denied.

**94–1898.** State v. Vultee. *Montgomery County*, No. 13581. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–1996.** State ex rel. Morris v. Macedonia City Council. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration thereof,

IT IS ORDERED by the court that an alternative writ be, and the same is hereby, granted, and the following expedited schedule is set for the presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present on or before October 3, 1994; relator shall file his brief on or before October 6, 1994; and respondents shall file their brief(s) on or before October 11, 1994.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent and would grant a peremptory writ.